917 F.2d 557
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Robert Eugene INMAN, Plaintiff-Appellant,
v.
Sergeant JOHNSON; Officer Beck, Defendants-Appellees.
 No. 90-6367.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 1, 1990.
Decided Nov. 2, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, United States Magistrate. (CA-89-534-R)
 Robert Eugene Inman, appellant pro se.
 William W. Muse, Assistant Attorney General, Richmond, Va., for appellees.
 E.D.Va.
 AFFIRMED.
 Before DONALD RUSSELL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Robert Eugene Inman appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Inman v. Johnson, CA-89-534-R (E.D.Va. July 24, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED